1 | Vanessa R. Waldref
2 | United States Attorney
Eastern District of Washington
3 | Caitlin Baunsgard
4 | Assistant United States Attorney
Post Office Box 1494
5 | Spokane, WA 99210-1494
6 | Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 09 2021

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

7
8

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

9  UNITED STATES OF AMERICA,
10
11                          Plaintiff,
12
13           v.
14  JAMES ANTHONY STINSON,
15
16                          Defendant.

2:21-CR-162-WFN
INDICTMENT

Vio:  21 U.S.C. § 841(a)(1),
(b)(1)(A)(viii)
Possession with Intent to
Distribute 50 Grams or More of
Actual (Pure) Methamphetamine

21 U.S.C. § 853
Forfeiture Allegation

17
18
19
20

21  The Grand Jury charges:

22
23  On or about September 23, 2021, in the Eastern District of Washington, the

24  Defendant, JAMES ANTHONY STINSON, did knowingly and intentionally

25  possess with the intent to distribute 50 grams or more of actual (pure)
26

27  methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C.

28  § 841(a)(1), (b)(1)(A)(viii).

INDICTMENT – 1

## SERIOUS DRUG FELONY

Before JAMES ANTHONY STINSON committed the above offense, JAMES ANTHONY STINSON had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(57), to wit: Delivery of a Controlled Substance (Cocaine), in violation of Revised Code of Washington 69.50.401, in the Superior Court of Spokane County, Case No. 04-1-01151-6, and having served a term of imprisonment beginning on or about November 24, 2004 and continuing until on or about April 20, 2011.

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), as set forth in this Indictment, the Defendant, JAMES ANTHONY STINSON, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

If any forfeitable property, as a result of any act or omission of the Defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

INDICTMENT – 2

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided
without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

pursuant to 21 U.S.C. § 853(p).

DATED this _____ day of November, 2021.

A TRUE BILL.

_____
Vanessa R. Waldref
United States Attorney

_____
Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT – 3